Federal District Court
Fred D. Thompson US Courthouse
And Federal Building
719 Church Street
Nashville, Tn 37203

RECEIVED
MAR 1 9 2025
US DISTRICT COURT
MID DIST TENN

Jana D. Arrington
1911 Saddlebrook Drive
Apt V169
Murfreesboro, Tn 37129
janaarrington54@gmail.com
539-542-2015

VS

The United States President
Donald J Trump & The United States Vice President JD Vance

GRIEVANCE

In accordance with my 1st amendment right to petition on I state the following;

1) Jan 6, 2021 engaged in a resurrection to injuries that are voted in by officials and officers were hurt due to the instruction of the first official office of Donald J. Trump.

2) Since Jan 6 , 2021 the insurrectionists have been aided & pardoned by Donald J Trump due to selfish personal choices Of Donald J Trump.

3) It is my 14th amendment forbidding illegitimate to hold their respective offices of President and Vice President of The United States. **Former Confederates and Political Office:** Section 3 disallows those who engaged in insurrection or rebellion against the United States from holding any civil or military office (without presidential pardon).

Also , United States President Trump removed 1 billion out of Children's free lunches out of school children's belly's that alot Of the time is the only meal they receive daily , in order to give tax cuts to billionaires.

I demand Donald J Trump & JD Vance be removed from their respective offices of The President & Vice President of the United States .

I , Jana D Arrington, ask that my filing fees be excused immediately .

Best Regards
Jana D. Arrington

*Jana D Arrington*
3/13/2025

Jana D. Arrington
1911 Saddlebrook Drive
# V169
Murfreesboro, Tn
37129




Retail

U.S. POSTAGE PAID
FCM LG ENV
MURFREESBORO, TN 37129
MAR 13, 2025

37203

**$1.77**

RDC 99

S2324H504551-7

RECEIVED
MAR 19 2025
US DISTRICT COURT
MID DIST TENN

Federal District Court
Fred D. Thompson US Courthouse
& federal building
719 Church Street
Nashville, Tn
37203